IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

**FILED**
MAY 03 2022
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No. CR 22-177 D |
| -vs- | ) | |
| | ) | |
| RUBEN ISAAC SIMENTAL, | ) | Violations: 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(d) |
| Defendant. | ) | 28 U.S.C. § 2461(c) |

**I N D I C T M E N T**

The Federal Grand Jury charges:

**COUNT 1**
**(Felon in Possession of Ammunition)**

On or about April 10, 2022, in the Western District of Oklahoma,

---------------------------------- **RUBEN ISAAC SIMENTAL**, ---------------------------------

with knowledge that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, specifically:

1. 20 rounds of Sierra Sport .380 caliber ammunition; and

2. 50 rounds of Winchester .380 caliber ammunition,

which were in and affecting interstate and foreign commerce in that said ammunition had previously traveled from another state or country to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## COUNT 2
### (Felon in Possession of Firearms)

On or about April 13, 2022, in the Western District of Oklahoma,

---------------------------------- **RUBEN ISAAC SIMENTAL,** ----------------------------------

with knowledge that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, specifically:

1. a Browning, model 1911, .380 caliber pistol, bearing serial number 51HZT18567;

2. a Keltec, model Sub2000, 9mm caliber rifle, bearing serial number FGDA31;

3. a Beretta, model BUS Nano, 9mm caliber pistol, bearing serial number NU156807;

4. a Beretta, model Elite, .40 caliber pistol, bearing serial number BER306357; and

5. a Diamond Back, model ACP, .380 caliber pistol, bearing serial number ZH4637,

which were in and affecting interstate and foreign commerce in that said firearms had previously traveled from another state or country to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of any of the offenses alleged in Counts 1 or 2 of this Indictment, **RUBEN ISAAC SIMENTAL** shall forfeit to the United States any and all firearms and

ammunition involved in the commission of the offenses.

The property subject to forfeiture includes, but is not limited to:

1. a Browning, model 1911, .380 caliber pistol, bearing serial number 51HZT18567;

2. a Keltec, model Sub2000, 9mm caliber rifle, bearing serial number FGDA31;

3. a Beretta, model BUS Nano, 9mm caliber pistol, bearing serial number NU156807;

4. a Beretta, model Elite, .40 caliber pistol, bearing serial number BER306357;

5. a Diamond Back, model ACP, .380 caliber pistol, bearing serial number ZH4637;

6. 20 rounds of Sierra Sport .380 caliber ammunition;

7. 50 rounds of Winchester .380 caliber ammunition; and

8. any and all ammunition and magazines not specified herein.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

TRAVIS LEVERETT
Assistant United States Attorney